IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel UPPI, LLC, | Case No. 2:17-cv-378-RMP |
| Plaintiff, | |
| vs. | |
| CARDINAL HEALTH, INC.; CARDINAL HEALTH 414, LLC d/b/a CARDINAL HEALTH NUCLEAR PHARMACY SERVICES; CARDINAL HEALTH 200, LLC, D'S VENTURE LLC d/b/a LOGMET SOLUTIONS, LLC; CARING HANDS HEALTH EQUIPMENT & SUPPLIES, LLC; OTHER UNNAMED SMALL BUSINESS FRONT COMPANIES, OBIE B. BACON, and DEMAURICE SCOTT, and UNNAMED INDIVIDUALS (DOES), | JOINDER OF DEFENDANTS D'S VENTURE LLC and DEMAURICE SCOTT'S IN REPLY BRIEFS OF DEFENDANTS CARDINAL HEALTH, INC. and CARING HANDS HEALTH EQUIPMENT AND SUPPLIES, LLC. |
| Defendants. | |

The Defendants, D'S VENTURE LLC d/b/a LOGMET SOLUTIONS, LLC and DEMAURICE SCOTT, by and through their undersigned counsel, join in and adopt as their own the arguments presented by their co-defendants in this matter, and further assert that the most appropriate venue for this action to proceed is in the Northern District of Georgia.

///

///

1    DATED this 12th day of March 2021.

2

3                                         KANTHAKA GROUP

4                                         s/ John Scorsine
                                          JOHN M. SCORSINE – PHV
5                                         Attorney for Defendants Logmet and Scott

6

7                                         HAYWARD LAW, PLLC

8                                         /s/ Daniel R. Hayward
                                          Daniel R. Hayward WSBA #51293
9                                         Attorney for Defendants Logmet and Scott

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Daniel R. Hayward
Daniel R. Hayward
Attorney for Defendants
Logmet and Mr. Scott