JOHN H. GUIN, WSBA No. 26794
LAW OFFICE OF JOHN H. GUIN, PLLC
P.O. Box 31210
Spokane, WA 99223
Telephone: (509) 443-0709
Email: john@guinlaw.com

EDWARD J. TOLCHIN, admitted *pro hac vice*
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Ph: (240) 507-1769; Fax: (240) 507-1735
Email: etolchin@offitkurman.com
*Attorneys for Caring Hands
Health Equipment & Supplies, LLC
and Obie B. Bacon*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel UPPI, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>CARDINAL HEALTH, INC.; CARDINAL HEALTH 414, LLC d/b/a CARDINAL HEALTH NUCLEAR PHARMACY SERVICES; CARDINAL HEALTH 200, LLC, D'S VENTURE LLC d/b/a LOGMET SOLUTIONS, LLC; CARING HANDS HEALTH EQUIPMENT & SUPPLIES, LLC; OTHER UNNAMED SMALL BUSINESS FRONT COMPANIES, OBIE B. BACON, and DEMAURICE SCOTT, and UNNAMED INDIVIDUALS (DOES),<br><br>    Defendants. | Case No. CV 17-378-RMP<br><br>REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS CARING HANDS AND OBIE BACON'S MOTION TO DISMISS AMENDED COMPLAINT OR TRANSFER VENUE<br><br>03/29/2021<br>Without Oral Argument |

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709

# TABLE OF CONTENTS

**Page**

ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1

    I.    The Court Should Dismiss or Transfer the Remaining Claims for *Forum Non Conveniens*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    II.    The Contention that the VA Should be Joined is Withdrawn. . . . . . . . . . . 4

    III.    Caring Hands and Mr. Bacon Incorporate Cardinal's Reply . . . . . . . . . . . 5

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue – Page i

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709

## Argument

### I. The Court Should Dismiss or Transfer the Remaining Claims for *Forum Non Conveniens.*

Plaintiff begins its opposition (ECF No. 66) on the *forum non conveniens* issue by trying to explain why 28 U.S.C. § 1404(a) should not be termed "forum non conveniens." While we appreciate the semantics lesson, it is of no moment as Defendants rely on this statute and have briefed the matter with this statute in mind. Further, we note that most courts, including the Supreme Court and this Court, have explained that § 1404(a) "is merely a codification of the doctrine of *forum non conveniens,*" *Atl. Marine Constr. Co. v. United States Dist. Court*, 571 U.S. 49, 60, 134 S. Ct. 568, 580 (2013), and "effectively codified the doctrine of *forum non conveniens*" with some additional liberality. *Sanders v. W. Express, Inc.*, No. 1:20-CV-03137-SAB, 2021 U.S. Dist. LEXIS 25841, at *4 (E.D. Wash. Feb. 9, 2021).

Plaintiff also says that Defendants have not satisfied their burden in not demanding a single forum for a transfer. We will be clear: the most obvious transfer forum here is either South Carolina where Caring Hands is located, or Georgia where Logmet is located. Indeed, even plaintiff UPPI seems to have its corporate headquarters in Georgia. ECF No. 36 at ¶ 9. Regardless, the burden only "rests upon the moving party to establish that the initial forum is inconvenient," *Berkshire Int'l Corp. v. Marquez*, 69 F.R.D. 583, 589 (E.D. Pa. 1976), and Plaintiff fails to even address that issue, essentially admitting

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue – Page 1

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709

that the Eastern District of Washington *is* inconvenient for everyone *except* Plaintiff. Indeed, every court suggested by the Defendants is far more convenient for every litigant and witness except Plaintiff.

Plaintiff says that Defendants' request for transfer cannot be conditioned on whether the Court first determines to dismiss this matter outright. While Plaintiff calls this "forum shopping," it is not. It is a simple matter of judicial efficiency, nothing more.

Plaintiff says this Court has more time than other courts because its caseload is lighter. While court caseload is an issue, it is a minor subfactor of the most minor factor: public interest. The primary focus of the statute is the convenience of the "parties and witnesses." 28 U.S.C. § 1404(a). And, with respect to this mandated focus – that which Plaintiff casts as mere "private interests" – Plaintiff only points to the "convenience" of the U.S. Attorney's office who investigated the matter. But, the U.S. Attorney in the Eastern District of Washington investigated the matter solely because Plaintiff filed its action in this District. And, the U.S. Attorney's investigators are not witnesses to anything. The witnesses are defendants' employees (*none of whom are in or near Spokane, Washington*), defendant's customers *(none of whom are in or near Spokane, Washington)*, and Veterans Administration employees *(none of whom are in or near Spokane, Washington)*. All the transactions at issue here occurred in South Carolina and Georgia and involved VA offices and officers covering those geographic regions. The ONLY connection to this District is Plaintiff's choice of a place to file its complaint. *See*

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue – Page 2

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709

United States Statement of Interest, ECF No. 67 at p. 2 ("it does not appear that the alleged conduct took place in the Eastern District of Washington").

We do not need piles of documents and affidavits in this matter to carry any burden. The allegations of the FAC lay bare that this Court is the most *in*convenient court for everyone and for every reason except Plaintiff's ability to burden the Defendants. In this regard, we pointed out the following, none of which is traversed by Plaintiff:

The FAC alleges that Caring Hands is a limited liability company organized under the law of the State of South Carolina (ECF No. 36 at ¶15); Logmet is a limited liability company organized under the laws of the State of Georgia (ECF No. 36 at ¶17); and Cardinal Health is a publicly traded company with its principal place of business in Dublin, Ohio. ECF No. 36 at ¶13. Plaintiff's response in its opposition: silence.

The VA Contracts pertain to services and supplying radiopharmaceuticals to VA hospitals located in jurisdictions primarily located in the Southeast region of the United States, and certainly none were for services in or near the State of Washington. ECF No. 36 at ¶¶58 & 62. Plaintiff's response in its opposition: silence.

We pointed out that every Defendant, and namely Caring Hands and Mr. Bacon, will incur extraordinary costs relative to their willing compliance with this Court's compulsory process, and the trial of this matter will also require exceptional costs to obtain the testimony and appearance of necessary trial witnesses that are located

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue – Page 3

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709

primarily in the Southeast, though some are in the mid-Atlantic and Ohio. No one is in or anywhere near Washington. Plaintiff's response in its opposition: silence.

We also pointed out that the public interest factors (except perhaps court case load) also favor transfer for *forum non conveniens*. This dispute did not originate from any connection to this forum. There is no wrongdoing alleged to have occurred in this forum. Simply put, the State of Washington has absolutely no localized interest here. It is an imposition upon Washington's citizens, and an unfair, burdensome and inefficient use of federal court resources, to require jury duty of citizens of a state who have no relation to the litigation. *See Gulf Oil Corp. v. Gilbert,* 330 U.S. 501, 508, 67 S. Ct. 839 (1947) ("Jury duty is a burden that ought not be imposed upon the people of a community which have no relation to the litigation"). Plaintiff's response in its opposition: silence.

This case cannot remain in this district in the interests of justice. South Carolina and Georgia, where Caring Hands and Logmet did the business challenged here, where the Defendants and the witnesses are located, and where all the issues arose – those are the proper forums for this case. A transfer to either forum would be appropriate. Keeping this case in the Eastern District of Washington is wholly inappropriate.

## II.    The Contention that the VA Should be Joined is Withdrawn.

Plaintiff cannot and does not deny that it alleges that the VA is a co-conspirator in the alleged effort to defraud the Government. *See* ECF No. 36 at ¶20 ("Other unnamed individuals (Does) may include contracting officers … *who conspired with Defendants,*

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue – Page 4

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709

*or participated in the fraudulent scheme*") (emphasis added); ECF No. 36 at ¶55 ("In the process, Defendants exploited Government contracting officers who were … *knowingly or recklessly assisting Defendants in violation of those requirements and rules*.") (emphasis added); ECF No. 36 at ¶160 ("any contract officer who failed to object to Cardinal's participation *was necessarily … acting in bad faith*") (emphasis added). Additionally, Plaintiff alleges that compliance with certain subcontracting limitations was material to the VA's decision to award contracts to the SDVOSB Defendants. Yet, as demonstrated by several of the contracts referenced in the FAC, the VA either did not incorporate any such requirements, or it expressly waived compliance with the same, clearly contradicting Plaintiff's allegation that compliance was material to the VA's contracting decisions. *See e.g.*, Dorn & Miami Contract.

With that all said, it does appear that the VA has sovereign immunity, and Defendants withdraw this aspect of the motion.

### III.  Caring Hands and Mr. Bacon Incorporate Cardinal's Reply

Caring Hands and Mr. Bacon adopt and incorporate Cardinal Health's Reply Memorandum filed in this action on or about March 15, 2021.

/ /

/ /

/ /

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue – Page 5

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709

## CONCLUSION

For the reasons discussed above, this Court should grant Defendants' Motion to Dismiss or Transfer.

DATED this 15th day of March 2021.

        */s/ Edward J. Tolchin*
Edward J. Tolchin, admitted *pro hac vice*
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1769; (240) 507-1735 (fax)
etolchin@offitkurman.com

        */s/ John H. Guin*
JOHN H. GUIN, WSBA No. 26794
LAW OFFICE OF JOHN H. GUIN, PLLC
P.O. Box 31210
Spokane, WA 99223
Telephone: (509) 443-0709
Email: john@guinlaw.com
*Attorneys for Caring Hands Health Equipment & Supplies, LLC and Obie B. Bacon*

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue – Page 6

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                    */s/ John H. Guin*
JOHN H. GUIN, WSBA No. 26794
LAW OFFICE OF JOHN H. GUIN, PLLC
P.O. Box 31210
Spokane, WA 99223
Telephone: (509) 443-0709
Email: john@guinlaw.com
*Attorneys for Caring Hands Health Equipment & Supplies, LLC and Obie B. Bacon*

Reply Memorandum in Support of Defendants Caring Hands and Obie Bacon's Motion to Dismiss Amended Complaint or Transfer Venue – Page 7

LAW OFFICE OF JOHN H. GUIN, PLLC
*Mailing Address:* P.O. Box 31210, SPOKANE, WA 99223
*Deliveries Only:* 505 W. Riverside, Suite 500, SPOKANE, WA 99201
Ph: (509) 443-0709