AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

UNITED STATES OF AMERICA, exs rel. UPPI, LLC; and UPPI, LLC, qui tam as Relator,
  *Plaintiff-Relators*
v.
CARDINAL HEALTH, INC; CARDINAL HEALTH 414, LLC, doing business as Cardinal Health Nuclear Pharmacy Services; CARDINAL HEALTH 200, LLC; D'S VENTURES, LLC, doing business as Logmet Solutions, LLC; CARING HANDS HEALTH EQUIPMENT & SUPPLIES, LLC; OTHER UNNAMED SMALL BUSINESS FRONT COMPANIES; OBIE B. BACON; DEMAURICE SCOTT; and UNNAMED INDIVIDUALS (Does),
  *Defendants*

Civil Action No. 2:17-CV-378-RMP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 29, 2021**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motions to Dismiss for Failure to State a Claim (ECF Nos. 58, 59, and 61) are GRANTED and Relator's Amended Complaint is dismissed without prejudice. Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on Motions to Dismiss for Failure to State a Claim (ECF Nos. 58, 59, and 61).

Date: 9/29/2021

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams