FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2021

SEAN F. MCAVOY, CLERK

KATHLEEN H. PAUKERT, WSBA NO. 20247
PAUKERT & TROPPMANN, PLLC
522 W. Riverside Avenue, Suite 560
Spokane, Washington 99201
Telephone: (509) 232-7760
Facsimile: (509) 232-7762
Email: kpaukert@pt-law.com

TEJINDER SINGH, (admitted via pro hac vice)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 679-7007
Email: tsingh@goldsteinrussell.com

*Attorneys for Plaintiff-Relator UPPI, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. UPPI, LLC, <br><br> Plaintiff-Relator, <br><br> v. <br><br> CARDINAL HEALTH, INC., et al., <br><br> Defendants. | Case No: 2:17-CV-378-RMP <br><br> **NOTICE OF APPEAL** |

1   Notice is hereby given that plaintiff-relator UPPI, LLC in the above-

2   named case hereby appeals to the United States Court of Appeals for the Ninth

3   Circuit from the final judgment entered on September 29, 2021, as well as this

4   Court's order granting defendants' motions to dismiss, also entered September

5   29, 2021.

6   DATED this 28th day of October, 2021.

PAUKERT & TROPPMANN, PLLC

*/s/ Kathleen H. Paukert*
KATHLEEN H. PAUKERT, WSBA #20247
522 W. Riverside Avenue, Ste. 560
Spokane, Washington 99201
Telephone: (509) 232-7760
Facsimile: (509) 232-7762
Email: kpaukert@pt-law.com

Tejinder Singh (pro hac vice)
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Ave.
Suite 850
Bethesda, MD 20814
Email: tsingh@goldsteinrussell.com

*Counsel for Plaintiff-Relator*

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I, KATHLEEN H. PAUKERT, electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

PAUKERT & TROPPMANN, PLLC

By:  */s/ Kathleen H. Paukert*
KATHLEEN H. PAUKERT, WSBA NO. 20247
PAUKERT & TROPPMANN, PLLC
522 W. Riverside Avenue, Suite 560
Spokane, Washington 99201
Telephone: (509) 232-7760
Facsimile: (509) 232-7762
Email: kpaukert@pt-law.com